IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| **v.** | * | Crim. No. **PJM 11-0567** |
| | * | |
| | * | |
| **JOHN HOLT** | * | |
| | * | |
| Petitioner | * | |
| | * | |

### MEMORANDUM OPINION

John Holt has filed a Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c), relying on Amendment 782 to the U.S. Sentencing Guidelines. ECF No. 497. The Court finds he is ineligible for a reduction pursuant to Amendment 782 because he was sentenced to a statutory mandatory minimum sentence of life imprisonment. Accordingly, the Court will **DENY** his Motion.

### I.

On August 28, 2013, Holt pled guilty to conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine and 280 grams or more of cocaine base, in violation of 21 U.S.C. § 846, and use of a communication device to facilitate narcotics trafficking, in violation of 21 U.S.C. § 843(b). At sentencing, the Court adopted the factual findings and advisory guideline applications in the Presentence Report (PSR), resulting in a base offense level at 32. Combined with a two-level downward departure for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a), Holt's final offense level was 30, with a criminal

history category of II. The guidelines range for imprisonment was therefore 108 months to 135 months. However, Holt was subject to the 10-year mandatory minimum for Count I under 21 U.S.C. § 841(b)(1)(A). On November 25, 2013, the Court sentenced Holt to 120 months in prison.

On May 16, 2016, Holt filed the present Motion to Appoint Counsel and Motion to Reduce Sentence, seeking a reduction in his sentence pursuant to Amendment 782. ECF No. 497. On November 21, 2016, the Government filed its opposition to the Motion. ECF No. 500. Holt has filed no reply.

**II.**

Under 18 U.S.C. § 3582(c), "a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission" may file a motion asking the Court to reduce his sentence. The Court may reduce the defendant's term of imprisonment "after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2).

Amendment 782, effective November 1, 2014, reduced by two levels the base offense level in the Advisory Guidelines under § 2D1.1 for certain drug offenses. Amendment 782, however, did not have the effect of reducing a defendant's sentence below a statutory mandatory minimum, unless the court originally had the authority to sentence the defendant below the mandatory minimum based on his substantial assistance to authorities. *See* U.S.S.G. § 1B1.10(a), (c); *see also id.*, Application Note 1(A) ("[A] reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. 3582(c)(2) and is not consistent with this policy statement if . . . the amendment does not have the effect of lowering the defendant's applicable guideline

range because of the operation of another guideline or statutory provision (*e.g., a statutory mandatory minimum term of imprisonment*).") (emphasis supplied).

As the Government notes, Holt was subject to a statutory mandatory minimum sentence under 21 U.S.C. §§ 841(b)(1)(A) at the time of his sentencing. He did not receive any downward departure from his Advisory Guidelines range based on substantial assistance to authorities. Absent such departure for substantial assistance, Holt is not eligible to receive a sentence below the statutory mandatory minimum. *See* U.S.S.G. § 1B1.10(a)(2), (c). He is thus not eligible for any reduction to his life sentence under Amendment 782.

### III.

For the above reasons, Holt's Motion to Reduce Sentence under 18 U.S.C. § 3582(c), ECF No. 497, is **DENIED**.

A separate Order will **ISSUE**.

                                                    /s/
                                **PETER J. MESSITTE**
                        **UNITED STATES DISTRICT JUDGE**

**January 17, 2017**